UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § <br> § Chapter 11 <br> § |
| **PETROQUEST ENERGY, INC.**, *et al.*, | § Case No. 18-36322 (DRJ) <br> § |
| Debtors.[1] | § (Jointly Administered) <br> § |

**DEBTORS' AGENDA OF MATTERS**
**SET FOR DECEMBER 13, 2018 AT 1:00 P.M.**

TO THE HONORABLE DAVID R. JONES:

The above-referenced debtors and debtors in possession (collectively, the "Debtors") file this Agenda of Matters Set for December 13, 2018, at 1:00 p.m.:

**A. Matters Going Forward**

1. Emergency Motion for Entry of Interim and Final Orders to Establish Certain Notice and Hearing Procedures for Transfers of, and Declarations of Worthlessness with Respect to Certain Equity Interests of PetroQuest Energy, Inc. Nunc Pro Tunc to the Petition Date [Docket No. 12].

   **Status:** Going Forward.

   **Related Documents**:

   - Affidavit of Service of Wing Chan [Docket No. 34].

   - Interim Order Establishing Certain Notice and Hearing Procedures for Transfers of, and Declarations of Worthlessness with Respect to Certain Equity Interests of PetroQuest Energy, Inc., Nunc Pro Tunc to the Petition Date [Docket No. 43].

     o Affidavit of Forrest Kuffer [Docket No. 99]

   - Second Interim Order Establishing Certain Notice and Hearing Procedures for Transfers of, and Declarations of Worthlessness with Respect to Certain Equity

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: PetroQuest Energy, Inc. (0714), PetroQuest Energy, L.L.C. (2439), TDC Energy LLC (8877), PetroQuest Oil & Gas, L.L.C. (1170), PQ Holdings LLC (7576), Pittrans Inc. (1747), and Sea Harvester Energy Development, L.L.C. (5903). The address of the Debtors' headquarters is: 400 E. Kaliste Saloom Road, Suite 6000, Lafayette, Louisiana 70508.

1

6957210v1

    Interests of PetroQuest Energy, Inc., Nunc Pro Tunc to the Petition Date [Docket No. 198];

- o  Affidavit of Service of Wing Chan [Docket No. 232].

- Notice of (I) Notification Procedures Applicable to All Shareholders of Equity Interests, (II) Notification and Hearing Procedures for Transfers of, or Declarations of Worthlessness with Respect to Petroquest Equity Interests, and (III) Allowing a Hearing on the Prospective Application Thereof [Docket No. 202].

  - o  Affidavit of Service of Wing Chan [Docket No. 233].

**Responses Received**: None.

2. Debtors' Emergency Motion for Entry of an Order Authorizing the Debtors to Continue the Surety Bond Program [Docket No. 255].

    **Status:**  Going Forward.

    **Related Documents**:

    - Affidavit of Service of Wing Chan [Docket No. 261].

    **Responses Received**: None.

3. Debtors' Emergency Motion for Entry of an Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9), (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (III) Approving the Form and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests, and (IV) Approving Notice of Bar Dates [Docket No. 256].

    **Status:**  Going Forward.

    **Related Documents**:

    - Affidavit of Service of Wing Chan [Docket No. 261].

    **Responses Received**: None.

Dated: December 12, 2018.

                                **PORTER HEDGES LLP**

                    By:   */s/ John F. Higgins*
                          John F. Higgins (TX 09597500)
                          Joshua W. Wolfshohl (TX 24038592)
                          M. Shane Johnson (TX 24083263)
                          1000 Main Street, 36th Floor
                          Houston, Texas 77002
                          Telephone: (713) 226-6000
                          Fax: (713) 226-6248

                          **PROPOSED COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**

6957210v1