UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § <br> § Chapter 11 <br> § |
| **PETROQUEST ENERGY, INC.,** *et al.*, | § Case No. 18-36322 (DRJ) <br> § |
| Debtors.[1] | § (Jointly Administered) <br> § |

### DEBTORS' AGENDA OF MATTERS
### SET FOR JANUARY 3, 2019 AT 3:00 P.M.

TO THE HONORABLE DAVID R. JONES:

The above-referenced debtors and debtors in possession (collectively, the "Debtors") file this Agenda of Matters Set for January 3, 2019, at 3:00 p.m.:

1. Debtors' Motion for an Order Authorizing the Employment and Compensation of Professionals Utilized in the Ordinary Course of Business [Docket No. 242].

   **Status:** Going Forward.

   **Related Documents**:

   - Affidavit of Service of Wing Chan [Docket No. 260].

   **Responses Received**: None.

2. Second Amended Disclosure Statement for the Debtors' First Amended Chapter 11 Plan of Reorganization [Docket No.294].

   **Status:** Going Forward.

   **Related Documents**:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: PetroQuest Energy, Inc. (0714), PetroQuest Energy, L.L.C. (2439), TDC Energy LLC (8877), PetroQuest Oil & Gas, L.L.C. (1170), PQ Holdings LLC (7576), Pittrans Inc. (1747), and Sea Harvester Energy Development, L.L.C. (5903). The address of the Debtors' headquarters is: 400 E. Kaliste Saloom Road, Suite 6000, Lafayette, Louisiana 70508.

1

7001206v1

- Debtors' Emergency Motion for Entry of an Order (I) Conditionally Approving Disclosure Statement, (II) Approving Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan; and (III) Granting Related Relief [Docket No. 20].

- Order (I) Conditionally Approving Disclosure Statement, (II) Approving Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan, and (III) Granting Related Relief [Docket No. 125].

- Amended Order (I) Scheduling Hearing and Objection Deadlines with Respect to the Debtors' Disclosure Statement and Plan Confirmation; and (II) Approving the Form and Manner of Service of Notice Thereof [Docket No. 250].

    - Affidavit of Service of Forrest Kuffer [Docket No. 266].

- Debtors' First Amended Chapter 11 Plan of Reorganization [Docket No.291].

- Notice of Filing Redlined First Amended Chapter 11 Plan of Reorganization [Docket No.293].

- Notice of Filing Redline Second Amended Disclosure Statement for the Debtors' Chapter 11 Plan of Reorganization [Docket No. 295].

- Notice of (I) Hearings on Final Approval of Disclosure Statement and Confirmation of Plan, (II) Objection Deadlines, and (III) Summary of Debtors' Plan [Docket No. 297].

    - Affidavit of Service of Wing Chan re: Notice of (I) Hearings on Final Approval of Disclosure Statement and Confirmation of Plan, (II) Objection Deadlines, and (III) Summary of Debtors' Plan [Docket No. 312].

**Responses Received**:

- Freestone County. Texas, Harrison Central Appraisal District, Midland Central Appraisal District, Reeves Central Appraisal District, Cherokee Central Appraisal District, Cherokee County, Texas and Harrison County, Texas' Objection to Debtors' Chapter 11 Plan of Reorganization [Docket No. 279].

- Louisiana Department of Revenue's Objection to Debtors' Chapter 11 Plan of Reorganization [Docket No. 282].

- Northstar Offshore Ventures LLC's Limited Objection to Final Approval of Disclosure Statement for Debtors' First Amended Chapter 11 Plan of Reorganization [Docket No. 309].

7001206v1

- Official Committee of Unsecured Creditors' Objection to Second Amended Disclosure Statement for the Debtors' Chapter 11 Plan of Reorganization [Docket No. 310].

- Mack Oil Co.'s Objection to Second Amended Disclosure Statement for the Debtors' Chapter 11 Plan of Reorganization [Docket No. 313].

Dated: December 31, 2018.

                                                **PORTER HEDGES LLP**

By:    */s/ John F. Higgins*
        John F. Higgins (TX 09597500)
        Joshua W. Wolfshohl (TX 24038592)
        M. Shane Johnson (TX 24083263)
        1000 Main Street, 36th Floor
        Houston, Texas 77002
        Telephone: (713) 226-6000
        Fax: (713) 226-6248

        **PROPOSED COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**