| B104 (Rev. 2/92) | **ADVERSARY PROCEEDING COVER SHEET** (Instructions on Reverse) | ADVERSARY PROCEEDING (Court Use Only) |
|---|---|---|

| **PLAINTIFFS** KENNETH WHITTEMORE | **DEFENDANTS** PETROQUEST ENERGY, LLC |
|---|---|
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) THOMAS N. LIGHTSEY, III., P.C. 5151 SAN FELIPE, SUITE 400 HOUSTON, TEXAS 77056; (713) 917-0888 | **ATTORNEYS** (If Known) |

**PARTY** (Check one box only)  ☑ 1 U.S. PLAINTIFF    ☐ 2 U.S. DEFENDANT    ☐ 3 U.S. NOT A PARTY

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Complaint seeking (1) Declaratory Judgment regarding the validity, scope and extent of Plaintiff's overriding royalty interest pursuant to 28 U.S.C. § 2201, 11 U.S.C. § 105(a) and 11 U.S.C. § 541; (2) damages for breach of contract; (3) damages for conversion; and (4) damages for unjust enrichment.

**NATURE OF SUIT**
(Check the one most appropriate box only.)

☐ 454 To Recover Money or Property
☐ 435 To Determine Validity, Priority, Extent of a Lien or Other Interest in Property
☐ 458 To obtain approval for the sale of both the interest of the estate and of a co-owner in property
☐ 424 To object or to revoke a discharge 11 U.S.C. § 727

☐ 455 To revoke an order of confirmation of a Chap. 11, Chap. 12, or Chap. 13 Plan
☐ 426 To determine the dischargeability of a debt 11 U.S.C. § 523
☐ 434 To obtain an injunction or other equitable relief
☐ 457 To subordinate any allowed claim or interest except where such subordination is provided in a plan

☑ 456 To obtain a declaratory judgment relating to any of the foregoing causes of action
☐ 459 To determine a claim or cause of action removed to a bankruptcy court
☐ 498 Other (specify)

**ORIGIN OF PROCEEDINGS** (Check one box only.)  ☑ 1 Original Proceeding   ☐ 2 Removed Proceeding   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another Bankruptcy Court   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

| DEMAND | NEAREST THOUSAND | OTHER RELIEF SOUGHT Declaratory Judgment with Interest in Property | ☐ JURY DEMAND |
|---|---|---|---|

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

| NAME OF DEBTOR PETROQUEST ENERGY, LLC | BANKRUPTCY CASE NO. 18-36323 Jointly administered under 18-36322 |
|---|---|
| DISTRICT IN WHICH CASE IS PENDING SOUTHERN DISTRICT OF TEXAS | DIVISIONAL OFFICE HOUSTON | NAME OF JUDGE HON. DAVID JONES |

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |

**FILING FEE** (Check one box only.)  ☑ FEE ATTACHED    ☐ FEE NOT REQUIRED    ☐ FEE IS DEFERRED

| DATE 01/08/2019 | PRINT NAME THOMAS N. LIGHTSEY, III. | SIGNATURE OF ATTORNEY (OR PLAINTIFF) [signature] |
|---|---|---|