UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § Chapter 11 |
| | § |
| **PETROQUEST ENERGY, INC.**, *et al.*, | § Case No. 18-36322 (DRJ) |
| | § |
| Debtors.[1] | § (Jointly Administered) |
| | § |

**DEBTORS' AGENDA OF MATTERS
SET FOR JANUARY 30, 2019 AT 1:00 P.M.**

TO THE HONORABLE DAVID R. JONES:

The above-referenced debtors and debtors in possession (collectively, the "Debtors") file this Agenda of Matters Set for January 30, 2019, at 1:00 p.m.:

1. Motion for Relief from Stay of Eni Operating Co., Inc., to Enforce its Right to Setoff [Docket No. 296].

    **Status:** The parties have agreed to treat this hearing as a status conference.

    **Related Documents**:

    - Notice of Continuance of Status Conference on Motion for Relief from Stay [Docket 408].

    **Responses Received**:

    - Debtors' Objection to Motion of Eni US Operating Co., Inc. for Relief from Automatic Stay to Enforce its Right to Setoff [Docket No. 392].

2. Motion and Brief to Permit Filing of Class Proof of Claim and to Certify Class [Docket No. 381].

    **Status:** Going forward.

    **Related Documents**:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: PetroQuest Energy, Inc. (0714), PetroQuest Energy, L.L.C. (2439), TDC Energy LLC (8877), PetroQuest Oil & Gas, L.L.C. (1170), PQ Holdings LLC (7576), Pittrans Inc. (1747), and Sea Harvester Energy Development, L.L.C. (5903). The address of the Debtors' headquarters is: 400 E. Kaliste Saloom Road, Suite 6000, Lafayette, Louisiana 70508.

1

- Notice of Hearing [Docket No. 404].

- Stipulation and Agreed Order Regarding (I) Motion and Brief of Kevin Hood and Philip Lee to Permit Filing of Class Proof of Claim and to Certify Class, and (II) Plan Confirmation [Docket No. 454].

**Responses Received**: None.

3. Second Emergency Motion to Approve Immaterial Modifications to the Debtors' First Amended Plan of Reorganization [Docket No. 453].

   **Status:** Going Forward.

   **Related Documents**:  None

   **Responses Received**:

   - Mack Oil Co.'s Objection to Debtors' Second Emergency Motion to Approve Immaterial Modifications to the Debtors' First Amended Plan of Reorganization [Docket No. 465].

4. Debtors' First Amended Chapter 11 Plan of Reorganization, as Immaterially Modified as of January 28, 2019 [Docket No. 451].

   **Status:** Going forward.

   **Related Documents**:

   - Notice of Filing Redlined First Amended Chapter 11 Plan of Reorganization, as Immaterially Modified as of January 28, 2019 [Docket No. 452].

   - Third Amended Disclosure Statement for the Debtors' First Amended Chapter 11 Plan of Reorganization [Docket No. 332].

   - Amended Order (I) Scheduling Hearing and Objection Deadlines with Respect to the Debtors' Disclosure Statement and Plan Confirmation; and (II) Approving the Form and Manner of Service of Notice Thereof [Docket No. 250].

   - Affidavit of Service of Forrest Kuffer [Docket No. 266].

   - Notice of (I) Hearings on Final Approval of Disclosure Statement and Confirmation of Plan, (II) Objection Deadlines, and (III) Summary of Debtors Plan [Docket No. 297].

   - Affidavit of Service Notice of (I) Hearings on Final Approval of Disclosure Statement and Confirmation of Plan, (II) Objection Deadlines, and (III) Summary of Debtors Plan [Docket No. 312].

- Amended Order (I) Finally Approving Disclosure Statement, (II) Approving Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan and (III) Granting Related Relief [Docket No. 338].

- Notice of Filing Plan Supplement in Support of Debtors' First Amended Chapter 11 Plan of Reorganization [Docket No. 366].

- Affidavit of Service for Plan Supplement [Docket No. 374].

- Affidavit of Service for Solicitation Packages [Docket No. 369].

- Emergency Motion to Approve Immaterial Modifications to the Debtors' First Amended Plan of Reorganization [Docket No. 383].

- Affidavit of Service of Wing Chan [Docket No. 387].

- Order Approving Immaterial Modifications to the Debtors' First Amended Plan of Reorganization [Docket No. 397].

- Notice of (A) Executory Contracts and Unexpired Leases to be Assumed by the Debtors Pursuant to the Plan, (B) Cure Amounts, if any, and (C) Related Procedures in Connection Therewith [Docket No. 379].

- Affidavit of Service of Konstantina Haidopoulos re Notice of (A) Executory Contracts and Unexpired Leases to be Assumed by the Debtors Pursuant to the Plan, (B) Cure Amounts, if any, and (C) Related Procedures in Connection Therewith [Docket No. 405].

- Notice Regarding Executory Contracts and Unexpired Leases to be Rejected Pursuant to the Plan [Docket No. 380].

- Affidavit of Service of Konstantina Haidopoulos re Notice Regarding Executory Contracts and Unexpired Leases to be Rejected Pursuant to the Plan [Docket No. 406].

- Joint Witness and Exhibit List of WesternGeco L.L.C. and the TGS Entities [Docket No. 455].

- Witness & Exhibit List filed by Mack Oil Co. [Docket No. 456].

- Witness and Exhibit List of Kevin Hoog and Philip Lee for January 30, 2019, Hearing [Docket No. 457].

- WSGP Gas Producing, LLC's and Trinity Operating (USG), LLC's Witness and Exhibit List [Docket No. 458].

- Declaration re Proofs of Claim on Mack Oil Co.'s Exhibit List [Docket No. 460].

- ConocoPhillips Company, Burlington Resources Oil & Gas Company LP, and The Louisiana Land and Exploration Company LLC's Witness and Exhibit List [Docket No. 461].

- Declaration of Jane Sullivan of Epiq Corporate Restructuring, LLC Regarding Voting and Tabulation of Ballots Cast on the Debtors' First Amended Chapter 11 Plan of Reorganization, as Immaterially Modified as of January 28, 2019 [Docket No. 464].

- Debtors' Memorandum of Law in Support of Confirmation of the Debtors' Plan of Reorganization [Docket No.466].

- Debtors' Amended Exhibit and Witness List [Docket No. 467].

**Responses Received**:

**Filed Responses/Objections**

- Amended Notice of Cure Amount for JGC (Gulf Coast), LLC as Assignee of JGC Energy Development (USA), Inc. [Docket No. 385].

- Limited Objection of JGC (Gulf Coast), LLC to Confirmation of First Amended Plan of Reorganization and Notice of Recoupment [Docket No. 433].

- Objection of Seitel Data, Ltd. to Debtors' First Amended Plan and Assumption of Executory Contracts [Docket No. 421].

- WesternGeco L.L.C.'s Objection to Confirmation of the Debtors' Chapter 11 Plan of Reorganization to Assumption and Assignment of WesternGeco L.L.C.'s License Agreements [Docket No. 422].

- The TGS Entities Objection to Confirmation of the Debtors' Chapter 11 Plan of Reorganization to Assumption and Assignment of WesternGeco L.L.C.'s License Agreements [Docket No. 423].

- Limited Objection and Reservation of Rights of Chevron U.S.A. Inc. with Respect to the Designated Cure Amount for Certain of its Executory Contracts and Unexpired Leases [Docket No. 424].

- Eni Operating Co., Inc.'s Objection to Confirmation of Debtors' First Amended Plan of Reorganization [Docket No. 425].

    o Resolved.

- ConocoPhillips Company, Burlington Resources Oil & Gas Company LP, and The Louisiana Land and Exploration Company LLC's Limited Objection [Docket 426].

- Objection of Acting United States Trustee to Debtors' First Amended Chapter 11 Plan of Reorganization [Docket No. 427].

- Limited Objection and Reservation of Rights of Kenneth Whittemore [Docket No. 428].

    o Resolved.

- Louisiana Department of Revenue's Objection to Debtors' First Amended Chapter 11 Plan of Reorganization as Immaterially Modified [Docket No. 429].

    o Resolved.

- The State of Louisiana's Motion to Allow Late Filed Objection to Assumption of Certain Executory Contracts and Unexpired Leases Proposed in the Debtors' Plan Supplement for the Debtors Plan Supplement for the Debtors' First Amended Plan of Reorganization [Docket No. 434].

- Mack Oil Co.'s Objection to First Amended Chapter 11 Plan of Reorganization, as Immaterially Modified as on January 14, 2019 [Docket No. 447].

**Informal Responses/Objections**

- Texas Taxing Authorities

    o Resolved.

- Northstar Offshore Ventures, LLC.

    o Resolved.

- U.S. Department of Interior

    o Resolved.

- Talos Energy

    o Resolved.

- Texas Comptroller of Public Accounts

    o Resolved.

5

Dated: January 29, 2019.

                                    **PORTER HEDGES LLP**

By: */s/ John F. Higgins*
John F. Higgins (TX 09597500)
Joshua W. Wolfshohl (TX 24038592)
M. Shane Johnson (TX 24083263)
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Fax: (713) 226-6248

**COUNSEL FOR DEBTORS
AND DEBTORS IN POSSESSION**

7094970v1