

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS**

ENTERED
03/25/2019

| | |
|---|---|
| **In re:** | § |
| | § **Chapter 11** |
| | § |
| **PETROQUEST ENERGY, INC.,** *et al.*, | § **Case No. 18-36322 (DRJ)** |
| | § |
| **Debtors.[1]** | § **(Jointly Administered)** |
| | § |

**ORDER GRANTING EMERGENCY FIRST AND FINAL APPLICATION FOR
COMPENSATION FOR THE PERIOD NOVEMBER 21, 2018 THROUGH FEBRUARY
11, 2019 FOR HELLER, DRAPER, PATRICK, HORN & MANTHEY, LLC AS
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CEDITORS**
(Docket No. 545)

Upon the application (the "**Application**")[2] of Heller, Draper, Patrick, Horn & Manthey,

LLC ("**Heller Draper**") as counsel for the Official Committee of Unsecured Creditors (the

"**Committee**") of PetroQuest Energy, Inc. and its affiliated debtors (collectively, the "**Debtors**"),

seeking approval of the first and final application for compensation for the period November 21,

2018 through February 11, 2019, pursuant to the terms set forth in the Application; and upon the

Declaration in Support of Tristan E. Manthey ("**Manthey Declaration**"); and the Court being

satisfied, based on the representations made in the Application, and the Manthey Declaration,

that Heller Draper should be awarded a first and final fee application with the Court having

jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §

1334; and consideration of the Application and the requested relief being a core proceeding

pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: PetroQuest Energy, Inc. (0714), PetroQuest Energy, L.L.C. (2439), TDC Energy LLC (8877), PetroQuest Oil & Gas, L.L.C. (1170), PQ Holdings LLC (7576), Pittrans Inc. (1747), and Sea Harvester Energy Development, L.L.C. (5903). The address of the Debtors' headquarters is: 400 E. Kaliste Saloom Road, Suite 6000, Lafayette, Louisiana 70508.

[2] Capitalized terms not otherwise defined herein shall have meanings ascribed to them in the Application.

{00367079-2}

§§ 1408 and 1409; and due and proper notice of the Application having been served, and it appearing that no other or further notice need be provided; and the Court having reviewed the Application and determined that the information set forth in the Application establishes just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT**

1.       The Application is **GRANTED** to the extent provided herein.

2.       Heller Draper is awarded fees and costs as an administrative expense for the period of November 21, 2018 through February 11, 2019 as follows:

|  |  |
|---|---|
| Fees: | $604,069.00 |
| Expenses: | $12,263.12 |
| Total | $616,332.12 |

3.       Heller Draper is allowed and awarded payment of up to $17,500 to cover fees for services performed and $4,000 for expenses incurred by Heller Draper after February 11, 2019. However, the Debtors are only required to pay fees and expenses documented by Heller Draper.

4.       The Debtors are authorized to promptly render payment to Heller Draper the twenty percent (20%) holdback of fees incurred during November 2018 and December 2018, 100% of the fees and expenses incurred from December 1, 2018 through February 11, 2019, and the fees and expenses incurred after February 11, 2019.

5.       The compensation allowed and awarded herein (including the fees and expenses incurred by Heller Draper after February 11, 2019) is final.

6.       The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

{00367079-2}

**Signed:  March 25, 2019.**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**