

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **PETROQUEST ENERGY, INC.,** *et al.,* | § | **Case No. 18-36322 (DRJ)** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| | § | |

ENTERED
03/25/2019

**ORDER GRANTING EMERGENCY FIRST & FINAL FEE APPLICATION OF DACARBA LLC
FOR ALLOWANCE AND PAYMENT OF FEE AND EXPENSES AS FINANCIAL ADVISOR TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM NOVEMBER 21, 2018 THROUGH MARCH 1, 2019**

(Docket No. 546)

Upon the application (the "**Application**")[2] of Dacarba, LLC ("**Dacarba**") as counsel for

the Official Committee of Unsecured Creditors (the "**Committee**") of PetroQuest Energy, Inc. and

its affiliated debtors (collectively, the "**Debtors**"), seeking approval of the first and final

application for compensation for the period November 21, 2018 through March 1, 2019, pursuant

to the terms set forth in the Application; and the Court being satisfied, based on the representations

made in the Application, that Dacarba should be awarded a first and final fee application with the

Court having jurisdiction to consider the Application and the relief requested therein pursuant to

28 U.S.C. § 1334; and consideration of the Application and the requested relief being a core

proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to

28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been served,

and it appearing that no other or further notice need be provided; and the Court having reviewed

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: PetroQuest Energy, Inc. (0714), PetroQuest Energy, L.L.C. (2439), TDC Energy LLC (8877), PetroQuest Oil & Gas, L.L.C. (1170), PQ Holdings LLC (7576), Pittrans Inc. (1747), and Sea Harvester Energy Development, L.L.C. (5903). The address of the Debtors' headquarters is: 400 E. Kaliste Saloom Road, Suite 6000, Lafayette, Louisiana 70508.

[2]        Capitalized terms not otherwise defined herein shall have meanings ascribed to them in the Application.

{00367125-1}

the Application and determined that the information set forth in the Application establishes just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby

### ORDERED, ADJUDGED AND DECREED THAT

1.　　The Application is **GRANTED** to the extent provided herein.

2.　　Dacarba is awarded fees and costs as an administrative expense for the period of November 21, 2018 through March 1, 2019 as follows:

| | |
|---|---|
| Fees: | $495,763.00 |
| Expenses: | $14.99 |
| Total | $495,777.99 |

3.　　The Debtors are authorized to promptly render payment to Dacarba for any outstanding fees and expenses incurred from November 21, 2018 through March 1, 2019.

4.　　The compensation allowed and awarded herein is final.

5.　　The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Signed:  March 25, 2019.**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

{00367125-1}